909 A.2d 797

**Leonard BOLDEN, Appellee,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 2006.

Decided Nov. 3, 2006.

Adam Anthony DeSipio, Esq., Saul H. Krenzel, Esq., Krenzel, Saul H. & Associates, for Southeastern Pennsylvania Transportation Authority.

Steven M. Lafferty, Esq., William Louis Myers, Jr., Esq., Philadelphia, for Leonard Bolden.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.